# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-FLINT

IN RE:                                        CHAPTER 13
     James Williams                         CASE NO: 20-30735-JDA
     Patricia Williams                   JUDGE: Joel D. Applebaum

                 Debtor(s)

_____/

## ORDER DISMISSING CHAPTER 13 CASE

       This matter having come on for hearing before the Court with due notice having been provided, and after reviewing the Court's file and those representations made on the record, the Court finds it appropriate to enter this Order upon one of the following paragraphs so indicated:

\_\_\_\_       A motion to dismiss case brought by the Chapter 13 Trustee, pursuant to 11 USC 1307(c),

\_\_\_\_       A request for the voluntary dismissal of the case, made by debtor(s) or counsel at hearing or by written request filed with the Court.

\_\_\_\_       An oral motion to dismiss by the Chapter 13 Trustee and not opposed by the Debtor(s) who were present personally or by counsel.

\_\_\_\_       Upon the denial of confirmation of the debtors' Chapter 13 Plan by the Court and denial of further time by the Court to propose another Plan, the reasons having been stated on the record.

\_X\_\_       **For failure to comply with the terms and conditions set forth in the Order Adjourning the Chapter 13 Trustee's Motion to Dismiss filed May 16, 2022 (docket entry #77).**

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U.S.C.362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the debtor(s), if any.

**Signed on June 10, 2022**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**